(127 So. 914)

**CHILTON CO. v. W. E. BAKER.**

5 Div. 46.

Supreme Court of Alabama.

April 17, 1930.

PER CURIAM.

Appeal dismissed.

(127 So. 914)

**J. McDonald COMER et al. v. BIRMINGHAM NEWS CO. (and Cross-Appeal).**

6 Div. 545, 545A.

Supreme Court of Alabama.

April 10, 1930.

PER CURIAM.

Appeal and cross-appeal dismissed by agreement.

(127 So. 914)

**John FAULK v. STATE.**

4 Div. 483.

Supreme Court of Alabama.

March 13, 1930.

Rehearing Denied April 17, 1930.

E. O. Baldwin, of Andalusia, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

THOMAS, J.

Petition of John Faulk for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Faulk v. State, 23 Ala. App. 626, 127 So. 919.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(128 So. 907)

**W. B. FOLMAR v. Helen L. RHODES.**

4 Div. 489.

Supreme Court of Alabama.

May 15, 1930.

Wilkerson & Brannen, of Troy, for appellant.

George M. Grant, of Troy, A. B. Chilton, of Montgomery, and O. S. Lewis, of Dothan, for appellee.

GARDNER, J.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

(128 So. 907)

**Tom HALL v. STATE.**

5 Div. 54.

Supreme Court of Alabama.

May 29, 1930.

C. A. L. Samford, of Opelika, for appellant.

Charlie C. McCall, Atty. Gen., and Wm. P. Cobb, Asst. Atty. Gen., for the State.

SAYRE, J.

There is no bill of exceptions, nor any error shown by the record.

Affirmed.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.